Brett S. Markson (State Bar No. 157424)
bmarkson@marksonpico.com
Timothy A. Pico (State Bar No. 180354)
tpico@marksonpico.com
Tanner Eastin (State Bar No. 301505)
teastin@marksonpico.com
MARKSON PICO LLP
444 S. Flower Street, Suite 2160
Los Angeles, CA 90071
Telephone: (213) 895-4000
Facsimile: (213) 895-4376

Attorneys for Plaintiff
MOHAMED AFANDI

Adam Y. Siegel (SBN 238568)
Siegela@jacksonlewis.com
Benjamin A. Tulis (SBN 277359)
Benjamin.Tulis@jacksonlewis.com
JACKSON LEWIS PC
725 South Figueroa Street, Suite 2500
Los Angeles, California 90017-5408
Telephone: (213) 689-0404
Facsimile: (213) 689-0430

Attorneys for Defendant
BURGER KING CORPORATION

FILED
CLERK, U.S. DISTRICT COURT
Oct 28, 2015
CENTRAL DISTRICT OF CALIFORNIA
BY: ___PMC___ DEPUTY

**JS-6**

# UNITED STATES DISTRICT COURT FOR THE
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOHAMED AFANDI, an individual,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>BURGER KING CORPORATION,<br>a Florida corporation; and DOES 1-20,<br><br>　　　　　　Defendants. | CASE NO.: 2:15-cv-03648-SVW-PJW<br><br>~~JOINT STIPULATION OF~~<br>~~DISMISSAL AND [PROPOSED]~~<br>ORDER<br><br>[FRCP Rule 41]<br><br>Judge: Honorable Stephen V. Wilson<br>Complaint Filed-LASC: April 13, 2015<br>Trial Date: November 3, 2015 |

1
Joint Stipulation of Dismissal and [Proposed] Order

## ORDER

Pursuant to the foregoing stipulation of the parties, IT IS HEREBY ORDERED that the Complaint in this action, including all claims alleged therein, is hereby dismissed with prejudice.

This Court shall retain jurisdiction to enforce the parties' Settlement Agreement which is incorporated herein by reference.

**IT IS SO ORDERED.**

Dated: October 28, 2015

_____
Honorable Stephen V. Wilson
Judge of the United States District Court